In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*

_____

NO. 09-21-00307-CR
NO. 09-21-00308-CR
NO. 09-21-00309-CR
NO. 09-21-00310-CR

_____

RALPH WILLIAM GALLAGHER, Appellant

V.

THE STATE OF TEXAS, Appellee

**On Appeal from the 221st District Court**
**Montgomery County, Texas**
**Trial Cause Nos. 20-07-08653-CR, 20-07-08704-CR,**
**21-08-10997-CR, 21-08-10998-CR**

## ORDER

The trial court appointed Mark Phillips to represent Ralph William Gallagher, appellant, on appeal in four cases. The clerk's records in the above styled and numbered causes were filed January 14, 2022, and the reporter's records were filed February 7, 2022. On June 3, 2022, the Court granted a fourth extension of time to file the brief, noting that the extension was a "final extension." On July 11, 2022,

1

the appellant's court-appointed attorney, Mark Phillips, was notified that neither the brief of the appellant nor a motion for extension of time to file the brief has been filed, and we warned him that unless we received a satisfactory response we would order the trial court to conduct a hearing to determine why no brief has been filed. We granted appellant's request for an additional extension of time to July 26, 2022, to file the appellant's brief. Although the brief of the appellant was due to be filed July 26, 2022, the brief has not been filed.

We abate the appeals and remand the cases to the trial court to conduct a hearing at which a representative of the State, counsel for the appellant, and the appellant shall be present. *See* Tex. R. App. P. 38.8(b)(3). We direct the trial court to determine whether or not appellant desires to pursue his appeals. If appellant desires to pursue his appeals, we direct the trial court to determine why the brief of the appellant has not been filed and whether good cause exists for appointed counsel, Mark Phillips, to be relieved of his duties as appellate counsel and replaced by substitute counsel. *See* Tex. Code Crim. Proc. Ann. art. 26.04(j)(2). If the trial court determines that good cause exists to relieve appointed counsel of his duties, we direct the trial court to appoint substitute counsel.

The record of the hearing, including any orders and findings of the trial court judge, shall be sent to the appellate court for filing. The transcription of the court

reporter's notes from the hearing and the recommendations of the trial court judge are to be filed on or before August 31, 2022.

ORDER ENTERED August 1, 2022.

PER CURIAM

Before Golemon, C.J., Kreger and Horton, JJ.